UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD ANTONY BILLIOT | CIVIL ACTION |
| VERSUS | NO. 16-12060 |
| STATE OF LOUISIANA | SECTION: "A"(3) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Todd Antony Billiot is **DISMISSED WITH PREJUDICE**.

November 2, 2016

_____
UNITED STATES DISTRICT JUDGE